No. 646. RICKEY LAND & CATTLE COMPANY, PETITIONER, *v.* MILLER AND LUX; and No. 653. RICKEY LAND & CATTLE COMPANY, PETITIONER, *v.* HENRY WOOD ET AL. March 9, 1908. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Frederic D. McKenney* for petitioner. *Mr. W. B. Treadwell* for respondent in No. 646. No appearance for respondents in No. 653.

No. 519. HARPER M. ORAHOOD, PETITIONER, *v.* ARTHUR M. EPPSTEIN, TRUSTEE. March 9, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harvey Riddell* for petitioner. *Mr. Simon Wolf* and *Mr. Myer Cohen* for respondent.

No. 613. THE CENTRAL COAL & COKE COMPANY, PETITIONER, *v.* DOC W. SUTTON. March 9, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Holmes Conrad* for petitioner. *Mr. N. W. Finley* for respondent.

No. 645. HENSON COLLIER, PETITIONER, *v.* MISSOURI, KANSAS & TEXAS RAILWAY COMPANY. March 9, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Warner* for petitioner. *Mr. George P. B. Jackson* for respondent.